UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:20-CV-00764-DJH

**CHELSEY NAPPER,** *et al*.                                                                                    **PLAINTIFFS**

**v.**

**BRETT HANKISON**                                                                                              **DEFENDANT**

---

**JOINT LITIGATION SCHEDULE**

---

Come the parties, jointly, by counsel and pursuant to this Court's Order [DN 152] directing the parties to jointly file a litigation schedule consistent with the discussion during the hearing held by the Court on February 13, 2025, state:

On or before **June 27, 2025**, the Plaintiffs shall file a motion to amend the complaint, with a proposed complaint attached thereto, containing any requests to add or modify claims or parties to the litigation. As directed by the Court, this complaint shall be a final amended complaint – barring exceptional and currently unforeseeable circumstances.

The Defendant shall have until **July 25, 2025**, to file any responses and objections to the Plaintiffs' motion to amend the complaint. Any parties sought to be added by the amended complaint may also file responses and objections to the motion to amend. The lack of response and objection to the motion to amend is not a waiver of any viable motion to dismiss after any entry of an amended complaint. If responses and objections are filed to the motion to amend the complaint, the Plaintiffs' reply in support of their motion to amend shall be filed on or before **August 15, 2025**.

Any motions to dismiss the amended complaint shall be filed timely, in accordance with FRCP 12, following entry and service of the Plaintiffs' amended complaint – if permitted by the Court. Briefing on any motions to dismiss shall abide the local rules related to timing and length.

Respectfully submitted,

/s/Matthew A. Piekarski
Matthew A. Piekarski
Katherine T. Watts
PHILLIPS PARKER ORBERSON & ARNETT, PLC
716 West Main Street, Suite 300
Louisville, Kentucky 40202
(502) 583-9900
mpiekarski@ppoalaw.com
kwatts@ppoalaw.com
*Counsel for Defendant,*
*Brett Hankison*

/s/ *Jeffrey Sexton, with permission*
Jeffrey Sexton, Attorney
325 West Main Street, #150
Louisville, Kentucky 40202
*Counsel for Plaintiffs*