# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE

NO. 3:20-CV-764-BJB

CHELSEY NAPPER, *et al.*　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFFS

v.

BRETT HANKISON, *et al.*　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

### OBJECTION/RESPONSE TO NOTICE OF ATTORNEY'S LIEN UNDER KRS 376.460 FILED BY BRANDON J. LAWRENCE

Movant has previously filed a Notice of Lien that was denied by this court, see attached

　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey A. Sexton_____
　　　　　　　　　　　　　　　　　　　Pirata PSC d/b/a/ Jeffrey A. Sexton, Attorney
　　　　　　　　　　　　　　　　　　　　　　　　　John W. Byrnes, Attorney
　　　　　　　　　　　　　　　　　　　　　　　　　325 West Main Street, #150
　　　　　　　　　　　　　　　　　　　　　　　　　Louisville, Kentucky 40202
　　　　　　　　　　　　　　　　　　　　　　　　　502-893-3784
　　　　　　　　　　　　　　　　　　　　　　　　　jsexton@jeffsexton.com
　　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

　　I hereby certify that on the 19th day of May 2021 I electronically filed the foregoing with the clerk of the court using the CM/ECF system which will automatically send copies to all attorneys of record.

　　　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey A. Sexton___
　　　　　　　　　　　　　　　　　　　　　　Jeffrey A. Sexton