# INVOICE

HON. BRANDON LAWERENCE
101 NORTH SEVENTH STREET
LOUISVILLE, KY 40202

CHELSEY NAPPER
4813 GRAYMOOR COURT
LOUISVILLE, KY 40229

| | Invoice # | 0000001 |
|---|---|---|
| | Invoice Date | 08/19/2022 |
| | Due Date | 08/19/2022 |

| Item | Description | Unit Price | Quantity | Amount |
|---|---|---|---|---|
| Hours | Initial meeting with Chelsey Napper | 300.00 | 2.00 | 600.00 |
| Hours | Inspection of the home | 300.00 | 2.00 | 600.00 |
| Hours | Meet FBI at Chelsey Napper's house | 300.00 | 2.00 | 600.00 |
| Hours | Research case law and documents to draft complaint | 300.00 | 4.00 | 1,200.00 |
| Hours | May 19, 2020; Draft complaint | 300.00 | 3.00 | 900.00 |
| Hours | Met Cody Etherton, Chelsey Napper, Zayden Flournoy and Etherton kid at their home in Bullitt County | 300.00 | 3.50 | 1,050.00 |
| Hours | Prep for Inside Edition interview | 300.00 | 2.00 | 600.00 |
| Hours | Interview with Inside Edition | 300.00 | 0.50 | 150.00 |
| Hours | Prep for CNN interview | 300.00 | 2.00 | 600.00 |
| Hours | CNN interview | 300.00 | 0.50 | 150.00 |
| Hours | Prep for RAW interview | 300.00 | 1.50 | 450.00 |
| Hours | RAW interview | 300.00 | 0.50 | 150.00 |
| Hours | Multiple conversations with New York Times reporter | 300.00 | 5.00 | 1,500.00 |
| Hours | Prepping for New York Times interview | 300.00 | 6.00 | 1,800.00 |
| Hours | conversation with Fox News reporter | 300.00 | 0.50 | 150.00 |
| Hours | Prep for Fox News interview | 300.00 | 1.00 | 300.00 |
| Hours | August 23, 2020 - prepare request for admissions | 300.00 | 2.00 | 600.00 |
| Hours | August 24, 2020 - draft request for admissions | 300.00 | 1.00 | 300.00 |
| Hours | Research case law, prior cases, potential causes of action in preparation to draft and file complaint | 0.25 | 137.00 | 34.25 |
| Hours | Put together the research of case law, prior cases, potential causes of action to draft and file complaint | 300.00 | 15.50 | 4,650.00 |
| Hours | Put final touches on draft of complaint | 300.00 | 4.00 | 1,200.00 |
| Hours | Draft and file final draft of complaint | 300.00 | 4.00 | 1,200.00 |
| Hours | Research and review the case law involving excessive force cases involving the police | 300.00 | 12.00 | 3,600.00 |
| Hours | Research and review the case law involving excessive force cases involving the police; research case law in making a decision on who to add to the suit | 300.00 | 16.00 | 4,800.00 |
| Hours | Research and review the case law involving excessive force cases involving the police; research case law in making a decision on who to add to the suit; research cases on additional causes of action; Talking with New York Times reporter | 300.00 | 4.00 | 1,200.00 |
| Hours | Research and review the case law involving excessive force cases involving the police; research case law in making a decision on who to add to the suit; research cases on additional causes of action | 300.00 | 8.00 | 2,400.00 |
| Hours | Research and review the case law involving excessive force cases involving the police; research case law in making a decision on who to add to the suit; research cases on additional causes of action; call to talk to witnesses | 300.00 | 4.50 | 1,350.00 |
| Hours | Research and review the case law involving excessive force cases involving the police; research case law in making a decision on who to add to the suit; research cases on additional causes of action; interview former LMPD officer about LMPD culture | 300.00 | 295.00 | 88,500.00 |
| Hours | Research and review the case law involving excessive force cases involving the police; Research and review case law on illegal search and seizure and research case law in making a decision on who to add to the suit; research cases on additional causes of action; interview former LMPD officer about LMPD culture | 300.00 | 5.00 | 1,500.00 |

| | | | | |
|---|---|---:|---:|---:|
| Hours | Research and review the case law involving excessive force cases involving the police; Research and review case law on illegal search and seizure and research case law in making a decision on who to add to the suit; Review standard operating procedures for LMPD; research cases on additional causes of action | 300.00 | 140.00 | 42,000.00 |
| Hours | Research and review the case law involving excessive force cases involving the police; Research and review case law on illegal search and seizure and research case law in making a decision on who to add to the suit; Review standard operating procedures for LMPD; research cases on additional causes of action; Subpoenas | 300.00 | 25.00 | 7,500.00 |
| Hours | Research and review the case law involving excessive force cases involving the police; Research and review case law on illegal search and seizure and research case law in making a decision on who to add to the suit; Review standard operating procedures for LMPD; research cases on additional causes of action; Subpoenas; Response to motions | 300.00 | 240.00 | 72,000.00 |

| | |
|---|---:|
| Subtotal | 243,634.25 |
| Total | 243,634.25 |
| Amount Paid | 0.00 |
| Balance Due | $243,634.25 |