# AFFIDAVIT OF CHELSEY NAPPER

Come the Affiant, Chelsey Napper, after first being duly sworn state as follows:

1. I am the biological mother of Z█████ F█████, a minor whose date of birth is ███████ (SSN: █████████).
2. I am the legal guardian and have legal custody of Z█████ F█████.
3. I reside with Z█████ F█████ in Louisville, Kentucky.
4. I am over 18 years of age and make this affidavit of my own personal knowledge.
5. On or about and after March 13, 2020, Z████ was asleep in our apartment when a warrant was served on neighbor Breonna Taylor's apartment, resulting in gunfire that encroached upon my residence, and was followed by stressors and restrictions in our ability to leave our residence.
6. The events are alleged to have caused damage to Z█████ F█████.
7. A settlement for a total amount of ███████████████████████████ has been negotiated for all injuries and claims resulting from subject incident.
8. We have made reasonable inquiry and to the best of our knowledge Z█████ F█████ will be fully compensated by this settlement.
9. We understand and acknowledge that we are obligated by law to deposit all amounts into a restricted savings or other restricted investment account or purchase an annuity.
10. Accordingly, upon resolution of the lawsuits, payment of all liens, expenses and attorneys' fees, the affiants agree to deposit the $█████ of the settlement to Z█████ F█████ (or what amount remains after payment of said liens, expenses, and fees) into a restricted savings or other restricted investment account or purchase an annuity.
11. We understand that we must comply with Kentucky Revised Statute 387.278 with regards to handling and distributing these settlement monies for/on behalf of Z█████ F█████.

Further the Affiants sayeth naught.

Further the Affiants sayeth naught.

_____
Chelsey Napper

STATE OF Ky )
            ) SS:
COUNTY OF Jefferson )

SUBSCRIBED AND SWORN TO before me by Chelsey Napper on this the 12th day of May, 2025.

My Commission Expires: 06-04-26

_____
Notary Public # 53436

_____
Michael Flournoy

STATE OF Ky )
            ) SS:
COUNTY OF Jefferson )

SUBSCRIBED AND SWORN TO before me by Michael Flournoy on this the 12th day of May, 2025.

My Commission Expires: 06-04-26

_____
Notary Public # 53436