UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE

**CHELSEY NAPPER,** *et al.*                                                              **PLAINTIFFS**

**vs**                                           **CIVIL ACTION NO. 3:20-CV-764-BJB-RSE**

**BRETT HANKISON,** *et al.*                                                           **DEFENDANTS**

## MOTION TO STRIKE

_____

Come the Plaintiffs, by and through counsel, and hereby move this Honorable Court to Strike Mr. Lawrence's Second Notice of Attorney's Lien (DN155) filed herein.

This court previously ruled to strike his first Notice of Lien (DN 60) which he was asking for $120,000, Due to the fact he never signed a contract with the clients.

Mr. Lawrence has now filed a second lien for $243,634.25.

The lien is excessive and lacks any correspondence with the clients advising them of is work efforts, billing history, and the rate he was charging.

Plaintiff files the attached Affidavit in support of the Motion to Strike.

Respectfully Submitted,

<u>/s/John Byrnes</u>

John W. Byrnes, Attorney
4410 South Third Street
Louisville, KY 40214
(502) 364-2500

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed on the 6th day of August, 2025, and copies are automatically provided to the parties pursuant to the Court's electronic filing system.

/s/ John W. Byrnes _____