# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE

**CHELSEY NAPPER,** *et al.*
**PLAINTIFFS**

vs             CIVIL ACTION NO. 3:20-CV-764-BJB-RSE

**BRETT HANKISON,** *et al.*
**DEFENDANTS**

\*\*\* \*\*\* \*\*\*

Comes the Affiant after first being duly sworn and states as follows:

1. My name is Chelsey Napper.

2. I along with my co-plaintiff, Cody Etherton, did talk to Mr. Lawrence for possible representation.

3. To the best of my knowledge, I never signed a contract with Brandon Lawrence for representation.

4. I never agreed to a percentage of fees with attorney Brandon Lawrence.

5. I never agreed to an hourly fee of $300.00 with attorney Brandon Lawrence.

6. I never saw an offer in writing nor any type of agreement to sign.

7. I felt that things were handled unprofessionally and we were leery of moving forward.

8. I reached out to several other attorneys.

9. I choose to hire another attorney because Mr. Lawrence keep pressuring us to take this offer and I felt he did not have our best interest in mind.

FURTHER AFFIANT SAYETH NAUGHT

_____
CHELSEY NAPPER

DATE: 8.6.25


Came the Affiant, Chelsey Napper, after being duly sworn affirmed these statements to be true and correct to the best of her knowledge and behalf.

_____ #53436
NOTARY PUBLIC, STATE AT LARGE, KY

My Commission Expires: 06-04-26