UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE

**CHELSEY NAPPER**, *et al.*                                                                 **PLAINTIFFS**

vs                                      **CIVIL ACTION NO. 3:20-CV-764-BJB-RSE**

**BRETT HANKISON**, *et al.*                                                              **DEFENDANTS**

## NOTICE TO WITHDRAW

_____

Come the Plaintiffs, by and through counsel, and hereby give Notice to Withdraw the Notice of Attorney Lien (DN 155) filed herein. The parties have reached an agreement.

Respectfully Submitted,

/s/John Byrnes

John W. Byrnes, Attorney
4410 South Third Street
Louisville, KY 40214
(502) 364-2500

Cc:
Brandon Lawrence
101 North Seventh Street
Louisville, KY 40202
(502) 424-3130