UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:20-CV-00764-BJB

**CHELSEY NAPPER,** *et al*.                                                                                    **PLAINTIFFS**

v.

**BRETT HANKISON**                                                                                                **DEFENDANT**

---

### AGREED ORDER OF DISMISSAL

---

By agreement of the parties, and the Court being advised;

IT IS HEREBY ORDERED that this action be and the same is dismissed, with prejudice, with each party to bear their own costs, and this action be, and the same is, hereby stricken from the docket.


Seen, Agreed, and Respectfully submitted,

| | |
|---|---|
| /s/ *Jeffrey Sexton, with permission*____ | /s/*Matthew A. Piekarski* |
| Jeffrey Sexton, Attorney | Matthew A. Piekarski |
| 325 West Main Street, #150 | Katherine T. Watts |
| Louisville, Kentucky 40202 | PHILLIPS PARKER ORBERSON & ARNETT, PLC |
| *Counsel for Plaintiffs* | 716 West Main Street, Suite 300 |
| | Louisville, Kentucky 40202 |
| | (502) 583-9900 |
| | mpiekarski@ppoalaw.com |
| | kwatts@ppoalaw.com |
| | *Counsel for Defendant, Brett Hankison* |